IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMMY BUCHANAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:23-cv-179-ECM |
| ) | |
| MICHELE VASQUEZ, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On May 31, 2023, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a).

Done this 30th day of June, 2023.

                                              /s/ Emily C. Marks  
                                              EMILY C. MARKS  
                                              CHIEF UNITED STATES DISTRICT JUDGE